# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

141269 & (11)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re LABRECK.

_____

PETER LABRECK,
            Plaintiff-Appellant,

v                                                    SC: 141269
                                                     COA: 298196

OAKLAND CIRCUIT COURT,
            Defendant-Appellee.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 9, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010                                    _____
s0719                                                              Clerk